No. 753. Sloman, individually and as executrix, *v.* Security Trust Co., Trustee.
Jurisdictional statement submitted May 19, 1930. Decided May 26, 1930. *Per Curiam:* Appeal dismissed for the want of a substantial federal question. *Merrick* v. *N. W. Halsey & Co.*, 242 U. S. 658; *Hall* v. *Geiger-Jones Company*, 242 U. S. 539.

*Mr. George E. Brand* for appellant. *Messrs. William L. Carpenter* and *Thomas G. Long* for appellee.